UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANONE, US, LLC,<br><br>                              Plaintiff,<br><br>           -v-<br><br>CHOBANI, LLC,<br><br>                              Defendant. | Case No. 1:18-CV-11702<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

      Plaintiff Danone, US, LLC ("Dannon") and Defendant Chobani, LLC ("Chobani") hereby stipulate and request that the Court enter an order as follows:

      WHEREAS the Complaint in this action was served on Chobani on December 14, 2018; and

      WHEREAS, Chobani's deadline to answer or otherwise respond to the Complaint is currently January 4, 2018;

      WHEREAS, Chobani previously requested that the Court adjourn the January 7, 2019 hearing on Dannon's motion for a preliminary injunction to January 8, 2019 and the Court granted that request; and

      WHEREAS, extending Chobani's time to answer or otherwise respond to the Complaint will not affect any other deadlines in this case;

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which the Chobani may move, answer or otherwise respond to the Complaint, is hereby extended from January 4, 2019 to and including February 1, 2019.

ny-1356753

ACCORDINGLY, IT IS HEREBY ORDERED THAT the deadline for Chobani to answer, move to dismiss, or otherwise respond to the Complaint shall be extended from January 4, 2019 to and including February 1, 2019.

Dated:  New York, New York
        January 2, 2019

| VENABLE LLP | MORRISON & FOERSTER LLP |
|---|---|
| By:  _____/s/ Marcella Ballard_____ | By:  _____/s/ Jamie A. Levitt_____ |
| Marcella Ballard<br>Angel A. Garganta (*pro hac vice*)<br>1270 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 218-2100<br>Facsimile:  (212) 218-2200<br>Email: mballard@venable.com | Jamie A. Levitt<br>Adam J. Hunt<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br>Email:  jlevitt@mofo.com<br>Email:  adamhunt@mofo.com |
| *Attorneys for Plaintiff Danone, US, LLC* | *Attorneys for Defendant Chobani, LLC* |

Entered this ____ day of _____, 2019

_____
The Honorable Colleen McMahon
United States District Court Judge