UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANONE, US, LLC,<br><br>       Plaintiff,<br>  v.<br><br>CHOBANI, LLC,<br><br>       Defendant. | Case No. 1:18-cv-11702-CM<br><br>**<u>NOTICE OF MOTION TO ADMIT</u>**<br>**<u>COUNSEL PRO HAC VICE</u>** |

  PLEASE TAKE NOTICE that upon the annexed affidavit of Claudia M. Vetesi in support of this motion and the Certificate of Good Standing annexed thereto, defendant Chobani, LLC ("Chobani") will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an Order allowing the admission of Claudia M. Vetesi, an attorney with the firm of Morrison & Foerster LLP, and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Chobani.

Dated: New York, New York
     January 7, 2019

MORRISON & FOERSTER LLP

By: /s/ Claudia M. Vetesi
  Claudia M. Vetesi
  425 Market Street
  San Francisco, CA 94105
  Telephone: (415) 268-7000
  Facsimile: (415) 276-7500
  Email: cvetesi@mofo.com

*Counsel for Defendant Chobani, LLC*

ny-1356027