# DX-023



# Products from GNPD

## Monitoring New Product Trends and Innovations

© 2018 Mintel Group Ltd. All Rights Reserved. Confidential to Mintel.

Defendant's Exhibit DX-023     p. 1 of 10

# Dannon Oikos Strawberry Nonfat Greek Yogurt



**Company:** Dannon

**Country:** USA

**Date Published:** Aug 2016

**Sub-Category:** Spoonable Yogurt

**Price:** $1.00 / €0.92

**Pack Size:** 5.300 oz / 150.260 g

 **View it on GNPD**   4232507

Dannon Oikos Strawberry Nonfat Greek Yogurt has been relaunched and now contains 25% less sugar than before and retails in a 5.3-oz. pack with an updated design. This 0% fat Greek yogurt comprises all natural ingredients, contains vitamin D, is certified gluten-free and has no GMOs. This kosher certified yogurt has been made using grade A milk and contains active yogurt cultures.

**Ingredients:**

Low Fat Milk, Cane Sugar, Strawberry, Waters, less than 1% of (Corn Starch, Natural X Flavourings, color (Fruit Juice, Vegetable Juice), Carob Bean Gum, Lemon Juice Concentrate, Cholecalciferol)

**Claims:**

All Natural Product, Kosher, Low/No/Reduced Fat, Low/No/Reduced Sugar, Vitamin/Mineral Fortified, Gluten Free, Low/No/Reduced Allergen, GMO Free



Defendant's Exhibit DX-023     p. 2 of 10



# Dannon Oikos Strawberry Flavored Greek Non-Fat Yogurt



**View it on GNPD**   2951429

Dannon Oikos Strawberry Flavored Greek Non-Fat Yogurt has been repackaged and is now available in a 1.32-lb. pack containing four 5.3-oz. cups and featuring the NFL logo, of which the manufacturer is the official sponsor. The kosher certified product is gluten free and contains added vitamin D and live and active cultures.

**Ingredients:**

Low Fat Milk, Waters, Strawberry, White Sugar, Fructose, less than 1% of (Modified Corn Starch, Natural X Flavourings, Carrageenan, color (Carmine, Black Carrot Juice Concentrate), Sodium Citrate, Potassium Sorbate, Malic Acid, Cholecalciferol)

**Claims:**

Kosher, Low/No/Reduced Fat, Vitamin/Mineral Fortified, Gluten Free, Low/No/Reduced Allergen

**Company:** Dannon

**Country:** USA

**Date Published:** Feb 2015

**Sub-Category:** Spoonable Yogurt

**Price:** $3.50 / €2.65

**Pack Size:** 4 x 5.300 oz / 4 x 150.260 g





# Stonyfield Organic YoKids Smoothie Strawberry Banana Flavor Lowfat Yogurt

**View it on GNPD** 4747611

Stonyfield Organic YoKids Smoothie Strawberry Banana Flavor Lowfat Yogurt has been repackaged with a new design, featuring DreamWorks' Dragons Race to the Edge which is now streaming on Netflix. The product is made with milk from pasture raised cows and real fruits and vegetables without the use of toxic persistent pesticides, artificial hormones, antibiotics and GMOs, and is claimed to have 25% less sugar than the leading kids' low fat yogurt. This USDA organic and kosher certified product is s...

**Ingredients:**

Low Fat Milk, Cane Sugar, Carrot Puree, Strawberry Puree, Banana Puree, Natural X Flavourings, Cassava Starch, Fruit and Fruit Products Vegetable Juice Concentrates, Cholecalciferol6 live active cultures: Streptococcus Thermophilus, Lactobacillus Delbrueckii Ssp. Bulgaricus, Lactobacillus Acidophilus, Bifidobacterium, Lactobacillus Casei, Lactobacillus Rhamnosus

**Claims:**

No Additives/Preservatives, Kosher, Low/No/Reduced Fat, Low/No/Reduced Sugar, Organic, Children (5-12), Vitamin/Mineral Fortified, Gluten Free, Low/No/Reduced Allergen, Ethical - Environmentally Friendly Product, Ethical - Animal, Event Merchandising, Hormone Free, GMO Free, Toxins Free, Low/Reduced Sugar



**Company:** Stonyfield Farm

**Country:** USA

**Date Published:** Apr 2017

**Sub-Category:** Drinking Yogurt & Liquid Cultured Milk

**Price:** $4.39 / €4.12

**Pack Size:** 6 x 3,100 fl. oz (US) / 6 x 91,680 ml

6



# Dannon Light & Fit Protein Smoothie Strawberry Protein Smoothie



**View it on GNPD** <u>5615943</u>

Dannon Light & Fit Protein Smoothie Strawberry Protein Smoothie is naturally and artificially flavored. The product contains 9g protein for muscles, 0 added sugar, 90 calories and live and active cultures. It is gluten free, kosher certified, partially produced with genetic engineering, and said to be an excellence source of calcium and a good source of fiber. This grade A non-fat yogurt drink contains 0% juice, added vitamin D and 40% fewer calories than regular yogurt drinks, and retails in a ...

**Ingredients:**

Low Fat Milk, Waters, Polydextrose, Milk Protein Concentrate, less than 1% of (Modified Starches, Natural and Artificial Flavouring, Sucralose, Malic Acid, Acesulfame Potassium, Cholecalciferol, Potassium Sorbate, Sodium Citrate, Allura Red AC, active yogurt cultures (Lactobacillus Delbrueckii Ssp. Bulgaricus, Streptococcus Thermophilus))

**Claims:**

Low/No/Reduced Calorie, High/Added Fiber, Functional - Other, Kosher, Low/No/Reduced Fat, Low/No/Reduced Sugar, Vitamin/Mineral Fortified, Gluten Free, Low/No/Reduced Allergen, High/Added Protein, Functional - Slimming, No Added Sugar, Diet/Light

**Company:** Dannon

**Country:** Puerto Rico

**Date Published:** Apr 2018

**Sub-Category:** Drinking Yogurt & Liquid Cultured Milk

**Price:** $1.99 / €1.61

**Pack Size:** 7.000 fl. oz (US) / 207.010 ml

MINTEL





**Products from GNPD**

**Monitoring New Product Trends and Innovations**

**Website** www.gnpd.com
**Email** help@mintel.com



© 2018 Mintel Group Ltd. All Rights Reserved. Confidential to Mintel.