USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DANONE US, LLC,

           Plaintiff,

v.

CHOBANI, LLC,

           Defendant.

Civil Action No. 18-cv-11702 (CM)

## [~~PROPOSED~~] ORDER OF VOLUNTARILY DISMISSAL

This matter coming to be heard on the Parties' Stipulation of Voluntary Dismissal With Prejudice and Without Fees or Costs as to Any Party, the Court having reviewed the Stipulation, and being duly advised, it is hereby ORDERED:

1. The above-captioned matter is dismissed with prejudice; and
2. Each party shall bear its own costs and attorneys' fees in connection with this action.

SO ORDERED:

_____
Colleen McMahon
United States District Court Judge

Dated: New York, NY

December 17, 2019

4